478 A.2d 79

Commonwealth v. Smith, Appellant.

Submitted March 26, 1984. Joan M. Devlin-Gaughan, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.